1 TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
2 Nevada Bar No. 004417
212 South Jones Boulevard
3 Las Vegas, Nevada 89107
Telephone: 702 258-8200
4 Fax: 702 258-8787
5
Wells Fargo Bank, N.A.
6 10-74200
7
8
UNITED STATES BANKRUPTCY COURT
9
DISTRICT OF NEVADA
10
11
In Re:                                          10-27082-mkn
12
                                                Order No.: 43
Debra V. Moore
13                                              Chapter 13
14           Debtor
15
16           **DECLARATION RE BREACH OF CONDITION**
17 STATE OF  SC      )
                    )ss.
18 COUNTY OF  Park   )
19    I, __Teresa Diaz-Cochran__, under the penalty of perjury of the United States, declare and state:
20    1.   As to the following facts, I know them to be true of my personal knowledge, and if called
21 upon to testify in this action, I could and would testify competently thereto.
22    2.   I am an employee of Wells Fargo Bank, N.A., Secured Creditor herein, and am most
23 familiar with the loan and the bankruptcy case.
24    3.   The real property subject to the Deed of Trust is commonly described as 5328 Corbett St,
25 Las Vegas, AZ 89130 and legally described as follows:
26

> The land referred to in this policy is situated in the STATE OF NEVADA, COUNTY OF CLARK, CITY OF LAS VEGAS, and described as follows:
> LOT SEVENTY-NINE (79) IN BLOCK B OF THE RIDGE II. AS SHOWN BY MAP THEREOF ON FILE IN BOOK 88 OF PLATS, PAGE 9, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

4. I have examined the document entitled "Order Regarding Adequate Protection", a copy of which was entered by the Court on March 14, 2011, and incorporated herein by reference. I represent my personal knowledge as to whether the Debtor has complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtor would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th day, Debtor failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $1,446.44 | $2,892.88 |
| (March 1, 2011 - April 4, 2011) | |
| 2 Late Charge(s) at $65.18 | $130.36 |
| (March 1, 2011 - April 4, 2011) | |
| 1 Adequate Protection Charge(s) at $1,157.75 | $1,157.75 |
| (March 1, 2011 - March 20, 2011) | |
| Attorneys Fees | $150.00 |
| Total | $4,330.99 |

7. Debtor is responsible for the subsequent payments that will come due as stated in the Adequate Protection Order.

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8.    Due to Debtor's failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9.    These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtor pursuant to the Deed of Trust.

10.    Should the Debtor cure the default, the Debtor must forward the funds to:

GREGORY L. WILDE, ESQ.
TIFFANY & BOSCO, P.A
212 South Jones Boulevard
Las Vegas, Nevada 89107

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
VP Loan Documentation

SUBSCRIBED and SWORN to before me this ___ day of _April_, 2011

Teresa Diaz-Cochran

_[signature]_
Notary Public in and for said State and County

JOSHUA M. PLUMMER
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 8-12-2020



Entered on Docket
March 14, 2011

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com

Wells Fargo Bank, N.A.
10-74200

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Debra V. Moore

Debtor.

BK-S-10-27082-mkn

MS Motion No. 32
Date: February 9, 2011
Time: 1:30

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the |
| 2 | post-petition arrearages currently due as follows: |

| | |
|---|---|
| 4 Monthly Payments(s) at $1,446.44 (November 1, 2010 - February 1, 2011) | $5,785.76 |
| 4 Late Charge(s) at $65.18 (November 1, 2010 - February 1, 2011) | $260.72 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $6,946.48 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,157.75 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2011 payment and continuing throughout and concluding on or before July 20, 2011. The sixth final payment in the amount of $1,157.73 shall be paid on or before August 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 5328 Corbett St , Las Vegas, NV 89130, and legally described as follows:

> LOT SEVENTY-NINE (79) IN BLOCK B OF THE RIDGE II, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 88 OF PLATS, PAGE 9, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.

1  If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured
2  Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and
3  Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property,
4  pursuant to applicable State Law, and take any action necessary to obtain complete possession
5  thereof.

7  Submitted by:
8  TIFFANY & BOSCO, P.A

10  By_____
    GREGORY L. WILDE, ESQ.
11  Attorneys for Secured Creditor
    212 South Jones Boulevard
12  Las Vegas, Nevada 89107

13  APPROVED AS TO FORM & CONTENT:

14  Kathleen A Leavitt                           George Haines
15  By_____2/28/11                      By_____

17  Kathleen A Leavitt                           George Haines
    Chapter 13 Trustee                           Attorney for Debtors
    201 Las Vegas Blvd., So. #200                1020 Garces Avenue
18  Las Vegas, NV 89101                          Las Vegas, NV 89101

20                                               Nevada Bar No. 009353

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order       ____ disapproved the form of this order

____ waived the right to review the order and/or       ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order       ____ disapproved the form of this order

____ waived the right to review the order and/or       ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
10-74200

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In Re:

Debra V. Moore

Debtor.

10-27082-mkn

Order No. 43

Chapter 13

### CERTIFICATE OF MAILING OF
### DECLARATION RE BREACH OF CONDITION

1. On ___4/13/11___ I served the following documents(s):

    DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

    X   a. ECF System

        George Haines
        ghaines@HainesandKrieger.com
        Attorney for Debtor

        Kathleen A Leavitt
        courtsecf3@las13.com
        Trustee

X  b. United States mail, postage fully prepaid:

Debra V. Moore
5328 Corbett St.
Las Vegas, NV  89130
Debtors

☐  c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  d. By direct mail (as opposed to through the ECF System)

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e. By fax transmission *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 4/13/11        [signature]