

Entered on Docket
May 09, 2011

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com

Wells Fargo Bank, N.A.
10-74200 / xxx5293

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Debra V. Moore

Debtors.

10-27082-mkn

Motion no. 32
Order No. 43

Chapter 13

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on April 13, 2011 and Debtors failure to cure the default prior to its expiration, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

described as 5328 Corbett St, Las Vegas Arizona pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

TIFFANY & BOSCO, P.A

By _____ #10235
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107